UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Monica M. Hancock v. Bayer Corporation* | No. 3:10-cv-11092-DRH-PMF |
| *Xiaodan Zhang v. Bayer Healthcare Pharmaceuticals Inc.* | No. 3:13-cv-10011-DRH-PMF |
| *Inidia Hollis v. Bayer Corporation* | No. 3:10-cv-11107-DRH-PMF |
| *Karen Hurley v. Bayer Healthcare Pharmaceuticals Inc.* | No. 3:13-cv-10004-DRH-PMF |
| *Karen Bachus v. Bayer Corporation* | No. 3:13-cv-10794-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed in the above captioned actions, the above captioned

actions are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.08.26 09:42:57 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT

2